815 A.2d 953

IN THE MATTER OF STUART P. SCHLEM,
AN ATTORNEY AT LAW.

February 13, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–293, concluding that **STUART P. SCHLEM** of **MORGANVILLE**, who was admitted to the bar of this State in 1983, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.4(a)(failure to communicate with client), *RPC* 8.1(b)(failure to cooperate with disciplinary authorities) and *RPC* 8.4(c)(engaging in conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **STUART P. SCHLEM** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective March 12, 2003; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.